FILED

2012 Sep-14  PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **D2K, INC.,d/b/a SUZUKI OF HUNTSVILLE, SHOALS SUZUKI, INC., VARSITY SUZUKI, INC., and GARY LINAM,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No. CV-09-S-2436-NE** |
| | ) | **Opposed** |
| **AMERICAN SUZUKI MOTOR CORP.,** | ) ) | |
| **Defendant.** | ) ) | |

**PLAINTIFFS' MOTION AND SUPPORTING MEMORANDUM OF LAW
TO EXCLUDE PURPORTED EXPERT TESTIMONY
OF STANLEY H. HOUSE**

PLAINTIFFS MOTION AND SUPPORTING MEMORANDUM OF LAW TO EXCLUDE PURPORTED EXPERT TESTIMONY OF STANLEY H. HOUSE TO BE FILED UNDER SEAL. PLEASE REFER TO SEPTEMBER 14, 2012 MOTION TO PLACE UNDER SEAL PLAINTIFFS MOTION AND SUPPORTING MEMORANDUM OF LAW TO  EXCLUDE PURPORTED EXPERT TESTIMONY OF STANLEY H. HOUSE ALONG WITH EXHIBITS.

s/Thomas E. Baddley, Jr.
THOMAS E. BADDLEY, JR.
BAD-001

s/Jeffrey P. Mauro

JEFFREY P. MAURO
MAU-007

BADDLEY & MAURO, LLC
850 Shades Creek Parkway, Ste. 310
Birmingham, AL  35209
(205) 939-0090
(205) 939-0064 Fax
Email:      tbaddley@baddleymauro.com
               jpmauro@baddleymauro.com



s/Alfred F. Smith, Jr.
ALFRED F. SMITH, JR.

BAINBRIDGE, MIMS
PO Box 430886
Birmingham, AL 35253-0886
(205) 879-1100
Email:      asmith@bainbridgemims.com
Attorneys for the Plaintiffs


**CERTIFICATE OF SERVICE**

        I hereby certify that on the 14th day of September 2012,  I  filed with the Clerk of the Court the above document and served counsel below by electronic mail:


Robert H. Brunson
Stephen G. Morrison
Steven A. McKelvey, Jr.
Paul Collins
NELSON, MULLINS, RILEY
 & SCARBOROUGH, LLP
1320 Main Street/17th Floor
Columbia, SC 29201

Kurt D. Williams
Kirk A. Peterson
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri  64108
Telephone:   (816)561-7007
Facsimile:   (816)561-1888
E-Mail:     kwilliams@bowse-law.com
            Kpeterson@bowse-law.com

Nicholas B. Roth
Eyster, Key, Tubb, Roth, Middleton & Adams, LLP
Post Office Box 1607
Decatur, Alabama  35602
Telephone:   (256)353-6761
Facsimile:   (256)353-6767
E-Mail:      nbroth@eysterkey.com

***Attorneys for American Suzuki Motor Corporation***

                          s/Jeffrey P. Mauro_____
                          JEFFREY P. MAURO